# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| PHILLIP BARRAGER, ) <br> an individual, ) <br>                   Plaintiff, ) <br> v. ) <br> ) <br> BLUEMARK ENERGY, LLC, ) <br> an Oklahoma Limited Liability Company, ) <br> ) <br>                   Defendant. ) <br> ) | Case No.: 17-cv-1034-EFM-TJJ |

## NOTICE TO TAKE DEPOSITIONS

TO ALL PARTIES AND COUNSEL OF RECORD:

PLEASE TAKE NOTICE that the plaintiff will take the depositions of the following witnesses on the dates and at the times shown below in the offices of Hall Estill, 320 South Boston Avenue, Suite 200, Tulsa, Oklahoma upon oral examination under oath before a Certified Court Reporter. Each listed deposition shall commence upon completion of the prior deposition.

July 18, 2017, 9:00 a.m.:

    Ron Bethel

    Addie Bethel

    Julie Agro

    Melissa Masters

July 19, 2017, 9:00 a.m.

    Mike Westbrock

    Mackenzie Haff

    Corporate designee under F.R.C.P. 30(b)(6) of the BlueMark employee designated by Defendant to explain how margins are calculated for payment of commissions to plaintiff (if not included in the above).

1

    Andrew Nash

    Chris Hughes

    Donna Petty

You are hereby notified that you may appear and take part in the examination.

                      Submitted by:

                      WITHERS, GOUGH, PIKE & PFAFF, LLC

                      By:  /s/Steven D. Gough
                            Steven D. Gough, #09016
                            200 West Douglas, Suite 1010
                            Wichita, KS 67202
                            Phone: (316) 267-1562
                            Fax: (316) 303-1018
                            Email: sgough@withersgough.com
                            ***Attorneys for Plaintiff, Phillip Barrager***

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 13th day of July 2017, a true and correct copy of the above and foregoing *Notice to Take Depositions* was served electronically upon the following:

David Rapp
1617 North Waterfront Parkway, Suite 400
Wichita, KS 67206
Phone: (316) 267-2000
Fax: (316) 630-8466
Email: drapp@hinklaw.com

Steven Broussard
320 South Boston Ave, Suite 200
Tulsa, OK 74103
Phone: (918) 594-0442
Fax: (918) 594-0505
Email: sbroussard@hallestill.com
***Attorneys for the Defendant***

Beth Davidson
Davidson Court Reporting
5508 South Lewis Avenue
Tulsa, OK  74105
Email: DavidsonReporting@cox.net


    /s/ Steven D. Gough
Steven D. Gough